IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE GOODRITZ** | : | Civil Action No. 17-2385 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| VS. | : | |
| | : | |
| **1911 WALNUT STREET, LLC and** | : | |
| **ALLIED PARKING SERVICES, LLC** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice pursuant to the Local Rules of Civil Procedure 41.1(b) for the Eastern District of Pennsylvania. The parties further stipulate that each party shall bear his/its own costs and attorney's fees.

S/Franklin J. Rooks, Jr.
BY: FRANKLIN J. ROOKS, JR., ESQUIRE
*Jacobson & Rooks, LLC*
525 Route 73 North, Suite 104
Marlton, NJ, 08053
Telephone No. (856) 874-8999

*Attorney for Plaintiff, George Goodritz*

Date: June 5, 2018

s/Rania M. Major
BY: RANIA M. MAJOR, ESQUIRE
2915 N. 5TH Street
Philadelphia, PA, 19133
Telephone No. (215) 291-5009

*Attorney for Defendants, 1911 Walnut Street, LLC and Allied Parking Services, LLC*

Date: June 5, 2018